" *of such debtor*, to pay the amount of such valua-
" tion to the trustees to be in such case appointed,
" *then* such judge shall cause such ship or vessel to
" be discharged from such attachment."

Although a payment may be equivalent to giving
the security required by the 22d section of the act,
as has been insisted in the argument, yet, that certain-
ly must be a payment by the principal debtor, and
not by his surety, or one who is collaterally responsi-
ble ; the applicants therefore do not come within that
section. The next section provides, expressly, that
the security shall be given for the benefit of *all the
creditors*, and therefore, as the indorsor here who paid
the money must be considered as a creditor, he has a
right to avail himself of this attachment, and *Munro*
may be considered a trustee for his benefit.

If the prosecutor is paid, and the applicants
would avail themselves of it, they must resort to their
plea.

Let the order be reversed.

OCTOBER TERM, 1799.

*Cannon*, manucaptor, ads. *Cathcart*.

IN *January* term last, the defendant, as special
bail, was relieved, and an *exoneretur* was ordered to

be entered, on payment of costs. The costs not having been paid, the proceedings went on ; and now it was moved by *Burr* to have him relieved, on the ground that costs never having been demanded, nor a bill exhibited, there was no neglect on the part of the defendant in not having paid them.

*Per Curiam.* The discharge ordered at last *January* term was conditional, and it was the duty of the defendant to have paid the costs to the plaintiff, without waiting for a demand, or the tender of a bill. If he is relieved now, it must be on payment, *instanter*, of the costs ordered last *January* term, and also the costs of the subsequent proceedings, including the costs of resisting this application.

Let him take the effect of his motion on those conditions.

*Platt* v. *Robbins and al. Administrators,* &c. *of Smith.*

A JUDGMENT against *Smith* in his life-time had been revived by *scire facias* against the defend- ants as his administrators, on which there was a judg- ment by default. A suit was then brought against the present defendants, suggesting a *devastavit*, to which they pleaded,

1. *Plene administravit.*

2. That the defendants as administrators did not *eloign* the assets.